1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CORTEZ-PADILLA

6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,         )   No. CR 11-00872 RMW
                                       )
12 |        Plaintiff,                 )   STIPULATION AND []
                                       )   ORDER CONTINUING HEARING DATE
13 | vs.                               )   AND EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
14 | JUAN CORTEZ-PADILLA,              )
                                       )
15 |        Defendant.                 )
   |_____)
16

17                              **STIPULATION**

18      Defendant Juan Cortez Padilla, by and through Assistant Federal Public Defender Varell

19  L. Fuller, and the United States, by and through Special Assistant United States Attorney

20  Carolyne Sanin, hereby stipulate that, with the Court's approval, the status hearing currently set

21  for Monday, March 26, 2011, at 9:00 a.m., shall be continued to Monday, April 30, 2012, at 9:00

22  a.m.

23      The reason for the requested continuance is the government has denied Mr. Cortez-

24  Padilla's request for a redetermination of his eligibility for the fast-track early disposition

25  program based on reciprocal discovery provided by the defense. Defense counsel respectfully

26  request additional time to complete ongoing investigation and legal research necessary to

effectively prepare Mr. Cortez-Padilla's defense.  Based on the foregoing, the defense requires additional time to effectively prepare, and therefore respectfully requests a continuance of the status hearing previously set in this matter to April 30, 2012.

Accordingly, the parties agree that the time between March 26, 2012, and April 30, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Dated:  March 22, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated:  March 22, 2012

_____/s/_____
CAROLYNE A. SANIN
Special Assistant United States Attorney

//
//
//
//
//
//
//

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Monday, March 26, 2012, shall be continued to Monday, April 30, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between March 26, 2012, and April 30, 2012, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between

1  March 26, 2012, and April 30, 2012, from computation under the Speedy Trial Act outweigh the

2  interests of the public and the defendant in a speedy trial.

3      THEREFORE, IT IS HEREBY ORDERED that the time between March 26, 2012, and

4  April 30, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

5  3161(h)(7)(A) and (B)(iv).

6      IT IS SO ORDERED.

7  Dated:  

    THE HONORABLE RONALD M. WHYTE
8      United States District Judge

Stipulation and [] Order Continuing
Hearing     3