1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JUAN CORTEZ-PADILLA

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,        )   No. CR 11-00872 RMW
                                      )
12 |         Plaintiff,                )   STIPULATION AND []
                                      )   ORDER CONTINUING HEARING DATE
13 | vs.                               )   AND EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT
14 | JUAN CORTEZ-PADILLA,              )
                                      )
15 |         Defendant.                )
   |_____   )
16

17                              **STIPULATION**

18       Defendant Juan Cortez Padilla, by and through Assistant Federal Public Defender Varell

19 L. Fuller, and the United States, by and through Special Assistant United States Attorney

20 Meredith Edwards, hereby stipulate that, with the Court's approval, the status hearing currently

21 set for Monday, June 18, 2012, at 9:00 a.m., shall be continued to Monday, July 16, 2012, at 9:00

22 a.m.

23       The reason for the requested continuance is counsel for Mr. Cortez-Padilla requires

24 additional time to conduct legal research and investigation relating to the filing of pretrial

25 motions.  Defense counsel respectfully requests additional time to effectively prepare Mr. Cortez-

26

U.S. v. Cortez-Padilla, CR 11-00872 RMW
Stipulation and [] Order Continuing
Hearing                                        1

1  Padilla's defense, and therefore respectfully requests a continuance of the status hearing
2  previously set in this matter on June 18, 2012 to July 16, 2012.
3      Accordingly, the parties agree that the time between June 18, 2012, and July 16, 2012
4  may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for
5  effective preparation by defense counsel.
6
7  Dated: June 13, 2012
8                                      _____/s/_____
                                       VARELL L. FULLER
                                       Assistant Federal Public Defender
9
10
   Dated: June 13, 2012                _____/s/_____
11                                     MEREDITH EDWARDS
                                       Special Assistant United States Attorney
12
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26

U.S. v. Cortez-Padilla, CR 11-00872 RMW
Stipulation and [] Order Continuing
Hearing                                    2

1 **~~[PROPOSED]~~ ORDER**

2  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
3  ORDERED that the hearing currently set for Monday, June 18, 2012, shall be continued to
4  Monday, July 16, 2012, at 9:00 a.m.

5  THE COURT FINDS that failing to exclude the time between June 18, 2012, and July 16,
6  2012, would unreasonably deny the defendant reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§
8  3161(h)(7)(B)(iv).

9  THE COURT FINDS that the ends of justice is served by excluding the time between
10 June 18, 2012, and July 16, 2012, from computation under the Speedy Trial Act and outweigh
11 the interests of the public and the defendant in a speedy trial.

12 THEREFORE, IT IS HEREBY ORDERED that the time between June 18, 2012, and
13 July 16, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
14 3161(h)(7)(A) and (B)(iv).

15 IT IS SO ORDERED.

16 Dated: June FÍ ___, 2012

*/s/ Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

U.S. v. Cortez-Padilla, CR 11-00872 RMW
Stipulation and [] Order Continuing
Hearing                          3