1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CORTEZ-PADILLA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          )   No. CR 11-00872 RMW
                                       )
12                  Plaintiff,         )   STIPULATION AND []
                                       )   ORDER CONTINUING HEARING DATE
13  vs.                                )   AND EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
14  JUAN CORTEZ-PADILLA,               )
                                       )
15                  Defendant.         )
    _____)

16

17                          **STIPULATION**

18          Defendant Juan Cortez Padilla, by and through Assistant Federal Public Defender Varell

19  L. Fuller, and the United States, by and through Special Assistant United States Attorney

20  Meredith Edwards, hereby stipulate that, with the Court's approval, the status hearing currently

21  set for Monday, July 16, 2012, at 9:00 a.m., shall be continued to Monday, August 20, 2012, at

22  9:00 a.m.

23          The reason for the requested continuance is counsel for Mr. Cortez-Padilla's requires

24  additional time to research and investigate issues related to the filing of one or more pretrial

25  motions.  Defense counsel respectfully request additional time to effectively prepare Mr. Cortez-

26  Padilla's defense, and therefore respectfully requests a continuance of the status hearing

1    previously set in this matter to August 20, 2012.

2       Accordingly, the parties agree that the time between July 16, 2012, and August 20, 2012,

3    may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for

4    effective preparation by defense counsel.

5

6    Dated:  July 12, 2012

7                                _____/s/_____
                                  VARELL L. FULLER
                                  Assistant Federal Public Defender

8

9

10   Dated:  July 12, 2012             _____/s/_____
                                  MEREDITH EDWARDS
                                  Special Assistant United States Attorney

11

12   //
    //
    //

13   //
    //

14   //
    //

15                                **[] ORDER**

16       GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

17   ORDERED that the hearing currently set for Monday, July 16, 2012, shall be continued to

18   Monday, August 20, 2012, at 9:00 a.m.

19       THE COURT FINDS that failing to exclude the time between July 16, 2012, and August

20   20, 2012, would unreasonably deny the defendant reasonable time necessary for effective

21   preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§

22   3161(h)(7)(B)(iv).

23       THE COURT FINDS that the ends of justice served by excluding the time between July

24   16, 2012, and August 20, 2012, from computation under the Speedy Trial Act outweigh the

25   interests of the public and the defendant in a speedy trial.

26       THEREFORE, IT IS HEREBY ORDERED that the time between July 16, 2012, and

1   August 20, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

2   3161(h)(7)(A) and (B)(iv).

3        IT IS SO ORDERED.

4   Dated: _____

THE HONORABLE RONALD M. WHYTE
United States District Judge