1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   CAROLYNE ARANGO SANIN (DCBN 499564)
    Special Assistant United States Attorney
5       150 South Almaden Boulevard, Suite 900
        San Jose, California 95113
6       Telephone: (408) 535-5580
        Facsimile: (408) 535-5066
7       carolyne.sanin@usdoj.gov

8   Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
    UNITED STATES OF AMERICA,          )      No.   11-CR-00872-RMW
14                                      )
              Plaintiff,                )      STIPULATION AND []
15                                      )      ORDER MODIFYING PARTIES'
         v.                             )      BRIEFING SCHEDULE
16                                      )
    JUAN CORTEZ-PADILLA,                )
17                                      )
              Defendant.                )
18                                      )
    _____ )
19
            The Parties, acting through respective counsel, hereby stipulate, subject to the Court's

20  approval, that the parties' briefing schedule be modified as follows: The government may file its

21  response on or before October 23, 2012.  The defense may file a reply brief on or before October

22  30, 2012.  The parties are respectfully requesting the continuance of the government and

23  defense's filing deadlines due to the need for the parties to jointly negotiate a possible resolution

24  in this matter and for the government to request further documents.  The parties seek to maintain

25  the currently scheduled motion hearing date of November 5, 2012.

26  //

27  //

28  //

                                              1

1    DATED: October 13, 2012                  MELINDA HAAG
                                              United States Attorney
2

3                                             ____/s/_____
                                              CAROLYNE A. SANIN
4                                             Special Assistant United States Attorney

5

6                                             ____/s/_____
                                              VARELL L. FULLER
7                                             Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [] ORDER

2       GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

3   ORDERED that the parties' briefing schedule shall be modified as follows: The government may

4   file its response on or before October 23, 2012.  The defense may file a reply brief on or before

5   October 30, 2012.

6

7   IT IS SO ORDERED.

8

9

10  DATED:   FILING

11
                                        THE HONORABLE RONALD M. WHYTE
                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28