STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CORTEZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00872 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER VACATING BRIEFING |
| vs. ) | SCHEDULE AND MOTION HEARING |
| ) | DATE |
| JUAN CORTEZ-PADILLA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Defendant Juan Cortez-Padilla, by and through Assistant Federal Public Defender Varell L. Fuller, and the government, by and through Special Assistant United States Attorney Carolyne Sanin, hereby stipulate that, subject to the Court's approval, the motion hearing date set for Monday, November 19, 2012, and accompanying briefing schedule be vacated. The reason for this request is that the parties have reached a resolution and Mr. Cortez-Padilla intends to return to court to enter a change of plea on November 19, 2012, the date now set for the hearing on the defendant's motion. In addition, the defense respectfully requests that its motion, Defendant's Motion to Dismiss Indictment Due to Unlawful Deportation and to Suppress Statements, be

1  dismissed without prejudice, and that this matter be set for November 19, 2012, for change of
2  plea and disposition.
3      IT IS SO STIPULATED.
4
5  Dated: October 22, 2012
6                                    /s/
    VARELL L. FULLER
    Assistant Federal Public Defender
7
8  Dated: October 22, 2012
9                                    /s/
    CAROLYNE A. SANIN
    Special Assistant United States Attorney
10
11      **[] ORDER**
12      GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
13  ORDERED that the motion hearing set for Monday, November 5, 2012, is VACATED. IT IS
14  FURTHER ORDERED that the briefing schedule is VACATED and that the defendant's
15  Defendant's Motion to Dismiss Indictment Due to Unlawful Deportation and to Suppress
16  Statements is DISMISSED WITHOUT PREJUDICE, and this matter IS HEREBY set on
17  November 19, 2012, for change of plea and disposition.
18      IT IS SO ORDERED.
19  Dated: F€ED€Í ƉFG
20      *Ronald M. Whyte*
21      The Honorable Ronald M. Whyte
    United States District Court Judge
22
23
24
25
26